AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Tinder, John D. | 2. Court or Organization<br><br>Seventh Circuit Court of Appeals | 3. Date of Report<br><br>6/22/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>46 East Ohio Street, Room 256<br>Indianapolis, IN 46204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE OFFICE
2010 JUN 23 A 8:5
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Tinder, John D.

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 6/22/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Barnes & Thornburg, Attorneys at Law (Partnership Share) |
| 2. | |
| 3 | |
| 4 | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 6/22/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 6/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. M&I Bank - IRA #1 (CD) | A | Interest | J | T | | | | | |
| 2. Barnes & Thornburg Profit Sharing Plan | D | Int./Div. | O | T | | | | | |
| 3. -Vanguard Institutional Index Mutual Fund | | | | | | | | | |
| 4. -Harbor Cap Apprec Mutual Fund | | | | | | | | | |
| 5. -Fidelity Small Cap Stock Mutual Fund (See Footnote #2) | | | | | Buy (add'l) | 01/22/09 | J | | |
| 6. | | | | | Sold | 07/02/09 | M | | |
| 7. -William Blair Intl Gr I | | | | | Buy (add'l) | 01/22/09 | J | | |
| 8 | | | | | Buy (add'l) | 04/16/09 | J | | |
| 9. | | | | | Buy (add'l) | 07/20/09 | J | | |
| 10. | | | | | Buy (add'l) | 10/16/09 | J | | |
| 11. -Bernstein Strategic Value(P) (See Footnote #1) | | | | | Sold | 01/02/09 | M | | |
| 12. -Templeton Inst Forgn Eq | | | | | Buy (add'l) | 01/22/09 | J | | |
| 13. | | | | | Buy (add'l) | 04/16/09 | J | | |
| 14. | | | | | Buy (add'l) | 07/20/09 | J | | |
| 15. | | | | | Buy (add'l) | 10/16/09 | J | | |
| 16. | | | | | Buy (add'l) | 12/15/09 | J | | |
| 17. -Columbia Acorn Fd(Z) (See Footnote #2) | | | | | Buy | 04/16/09 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 6/22/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 07/02/09 | M | | |
| 19. | | | | | Buy (add'l) | 07/20/09 | J | | |
| 20. | | | | | Buy (add'l) | 10/16/09 | J | | |
| 21. -Victory EB Value Eq Fd (See Footnote #1) | | | | | Buy | 01/02/09 | M | | |
| 22. | | | | | Buy (add'l) | 01/22/09 | J | | |
| 23. | | | | | Buy (add'l) | 04/16/09 | J | | |
| 24. | | | | | Buy (add'l) | 07/20/09 | J | | |
| 25. | | | | | Buy (add'l) | 10/16/09 | J | | |
| 26. United Home Life Ins. Co. (Annuity) | A | Interest | K | T | | | | | |
| 27. Belo Corp Common Stock A | A | Dividend | J | T | | | | | |
| 28. Belo Corp Common Stock B | A | Dividend | J | T | | | | | |
| 29. Colgate Palmolive Common Stock | B | Dividend | K | T | | | | | |
| 30. Northwestern Mutual Series Fund(Variable Annuity) | A | Dividend | L | T | | | | | |
| 31. -International Equity Fund | | | | | | | | | |
| 32. -Balanced Fund | | | | | | | | | |
| 33. -Index 500 Stock Fund | | | | | | | | | |
| 34. -Mid Cap Growth Stock Fund | | | | | | | | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 6/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Treasury Notes | A | Interest | K | T | | | | | |
| 36. Series EE Savings Bond Purchased 1992 | B | Interest | K | T | | | | | |
| 37. Series EE Savings Bonds Purchased 1993 | B | Interest | K | T | | | | | |
| 38. Series EE Savings Bonds Purchased 1994 | A | Interest | K | T | | | | | |
| 39. Vanguard - IRA #2 | D | Dividend | N | T | | | | | |
| 40. -Vanguard 500 Index Fund | | | | | | | | | |
| 41. -Vanguard LT Treasury Fund Admiral Shares | | | | | | | | | |
| 42. Vanguard - IRA #3 | C | Dividend | M | T | | | | | |
| 43. -Vanguard 500 Index Fund | | | | | | | | | |
| 44. -Vanguard Telecommunication Services Index Fd Admiral Shares | | | | | | | | | |
| 45. Vanguard Brokerage Account #1 | | | | | | | | | |
| 46. -Vanguard 500 Index Fund Admiral | C | Dividend | M | T | | | | | |
| 47. -Vanguard Allocation Fund | A | Dividend | J | T | | | | | |
| 48. -Vanguard Target Retirement 2015-65% | A | Dividend | J | T | | | | | |
| 49. -Vanguard Equity Income Fund | A | Dividend | J | T | | | | | |
| 50. -Vanguard European Stock Index | A | Dividend | J | T | | | | | |
| 51. -Vanguard REIT Index Fund Adm | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 6/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Vanguard Telecom Services Idx Adm | B | Dividend | L | T | | | | | |
| 53. -Vanguard Value Index Fund | A | Dividend | J | T | | | | | |
| 54. -Vanguard Windsor II Fund | A | Dividend | J | T | | | | | |
| 55. Vanguard Brokerage Account #2 | | | | | | | | | |
| 56. -Vanguard Health Care Fund | B | Dividend | L | T | | | | | |
| 57. -Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 58. -Vanguard Total Stock Mkt Idx | B | Dividend | L | T | | | | | |
| 59. Starbucks Corp. Common Stock | | None | J | T | | | | | |
| 60. National Bank of Indpls. Accounts | E | Interest | P1 | T | | | | | |
| 61. Prudent Bear Fund No Load | | None | K | T | | | | | |
| 62. Merrill Lynch Account #1 | | | | | | | | | |
| 63. -ML Cash Management Account | | None | J | T | | | | | |
| 64. -Zionsville IN Cmnty Schs 0% Bonds | | None | L | T | | | | | |
| 65. Northwestern Mutual Whole Life Ins | C | Dividends | L | T | | | | | |
| 66. National Bank of Indianapolis - IRA (CD) | A | Interest | K | T | | | | | |
| 67. Union Savings Bank - CD | B | Interest | M | T | | | | | |
| 68. Rental Property #1,Indianapolis,IN(X) (See Footnote #3) | D | Rent | N | W | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 6/22/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Footnote #1 (See VII, Item 11 and 21) - Within the Barnes & Thornburg Profit Sharing Plan on 1/2/09 the Bernstein Strategic Value Fund (a collective fund) was frozen, the monies and future contributions were mapped to the Victory EB Value Equity Fd.

Footnote #2 (See VII, Item 5 and 17) - Within the Barnes & Thornburg Profit Sharing Plan the Fidelity Small Cap Stock Fund (a collective fund) was closed to future contributions on 4/1/09 and future contributions were mapped to Columbia Acorn Fund Z. Remaining Fidelity Small Cap Stock Fund balances were mapped to the Columbia Acorn Fund Z on 7/2/09.

Footnote #3 (See VII, Item 68) - This rental property was not listed on the previous report because it was a personal residence. In 2007, a new personal residence was purchased and this property was converted to rental property.

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 6/22/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES ... RT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544